### 13890. TEXAS COMPANY v. DAVIS, agent.

BELL, J. This was an action for negligence, brought on February 28, 1922, under the act of Congress approved February 28, 1920, known as the "transportation act of 1920," wherein it is provided that suits may be filed thereunder "not later than two years from the date of" its passage. *Held:* The court below properly dismissed the suit, on the ground that it was not filed within time. See question certified by this court and the Supreme Court's answer, in this case: 157 *Ga.* 538 (122 S. E. 62).

         *Judgment affirmed. Jenkins, P. J., and Stephens, J., concur.*

                 DECIDED APRIL 19, 1924.

Action for damages; from Walton superior court—Judge Fortson. July 20, 1922.

*J. C. Knox,* for plaintiff.

*Miles W. Lewis, R. L. & H. C. Cox,* for defendant.

---

### 14546. REGISTER v. SOUTHERN STATES PHOSPHATE & FERTILIZER COMPANY.

BELL, J. This case came up on exceptions by a defendant in fi. fa. to a judgment striking his affidavit of illegality. This court certified to the Supreme Court four questions, which that court has answered. See 157 *Ga.* 561 (122 S. E. 323). Question 1 related to ground 3 of the affidavit of illegality; question 2 to ground 4; question 3 to ground 1; and question 4 to ground 2. Under the Supreme Court's answers, grounds 2 and 3 were valid, and the trial court erred in striking the affidavit of illegality as a whole, on an oral motion in the nature of a general demurrer.

         *Judgment reversed. Jenkins, P. J., and Stephens, J., concur.*

                 DECIDED APRIL 19, 1924.

Affidavit of illegality; from Candler superior court—Judge Hardeman. April 3, 1923.

*Travis & Travis, Charles Emory Smith, C. W. Turner,* for plaintiff in error.

*Kirkland & Kirkland,* contra.